1  G. CHRISTIAN ROUX (State Bar No. 102272)
2  KURT OSENBAUGH (State Bar No. 106132)
   GRACE J. CHANG (State Bar No. 218513)
3  **WESTON, BENSHOOF, ROCHEFORT,**
     **RUBALCAVA & MacCUISH LLP**
4  333 South Hope Street
   Sixteenth Floor
5  Los Angeles, California  90071
   Telephone:  (213) 576-1000
6  Facsimile:  (213) 576-1100
   Attorneys for Defendants
7  E-Mail:
   croux@wbcounsel.com
8  kosenbaugh@wbcounsel.com
   gchang@wbcounsel.com
9
   **Attorneys for Defendants and**
10 **Counter-claimant**
   **ECO RESOURCES, INC. and**
11 **STEVEN E. RICHARDSON**

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| CITY OF RIO VISTA, a California municipality, | Case No.: 05 CV -2556 GEB DAD<br>Honorable Garland E. Burrell, Jr.<br>Courtroom 10 |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON ECO'S MOTION TO DISMISS AND THE CITY OF RIO VISTA'S MOTION TO REMAND** |
| ECO RESOURCES, INC.; a Texas corporation; STEVEN E. RICHARDSON, an individual, | |
| Defendants. | Date:      February 13, 2006<br>Time:      9:00 a.m.<br>Location:  Courtroom 10 |
| ECO RESOURCES, INC., a Texas corporation, | The Honorable Gerald E. Burrell, Jr. |
| Counter-claimant, | |
| v. | |
| CITY OF RIO VISTA, a California municipality, | |
| Counter-defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, this case was initiated after Cross-Complainant, ECO Resources, Inc.(hereinafter "ECO") filed a Notice of Removal of the case entitled <u>City of Rio Vista v. ECO Resources, Inc.; Steven E. Richardson et al.</u> (Solano County Court Case No. FCS 026963) which had been filed in the Solano County Superior Court;

WHEREAS, currently with the filing of the Notice of Removal, ECO filed a Counterclaim against the City of Rio Vista in this case and a Motion to Dismiss All Claims Against Steven E. Richardson and in the City's Fraud Claim set forth in the City of Rio Vista's Complaint;

WHEREAS, at the time of the filing of ECO's Motion to Dismiss, the Court set a hearing date of January 30, 2006 for said Motion;

WHEREAS, on or about January 5, 2006, the City of Rio Vista filed its Motion for Remand of the case to the State Court and set the hearing on said Motion for January 30, 2005, the same day as ECO's Motion to Dismiss;

WHEREAS, in addition to filing its Motion to Remand, the City of Rio Vista filed a separate Motion to Dismiss and Motion to Strike ECO's Counterclaim and set the hearing on said Motions for February 13, 2006;

WHEREAS, in order to save time and expense and in the interest of judicial economy, ECO and the City of Rio Vista have agreed to continue the hearings on ECO's Motion to Dismiss and the City of Rio Vista's Motion to Remand to February 13, 2006, at 9:00 a.m. so that said Motions may be heard at the same time as the City of Rio Vista's Motion to Dismiss/ Motion to Strike.

Therefore, IT IS HEREBY STIPULATED by and between the Parties hereto through their respective undersigned legal counsel that:

1.    The hearing on ECO Resources, Inc.'s Motion to Dismiss shall be continued from January 30, 2006 to February 13, 2006 at 9:00 a.m. in Courtroom 10.

2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARINGS ON MOTION TO DISMISS ETC.

PDF created with pdfFactory trial version www.pdffactory.com

1      2.    The hearing on the City of Rio Vista's Motion To Remand shall be

2  continued from January 30, 2006 to February 13, 2006 at 9:00 a.m. in Courtroom 10.

3      3.    The deadlines for filing Opposition and Reply Papers shall be

4  consistent with the requirements of Rule 78-230 of the Local Rules of the Eastern

5  District of California.

6  / / /

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

3

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARINGS ON MOTION TO DISMISS ETC.

4.    The City of Rio Vista's appearance in the removed case and/or in the action as to ECO's Counterclaim by and through this stipulation and joint request for an order shall not be deemed, asserted or construed as a general appearance as to ECO's Counterclaim, shall not be deemed, asserted or construed as a consent to the jurisdiction of the federal court over the case, and shall not be deemed, asserted or construed as a waiver of the City's objections to such jurisdiction and/or to any aspect of ECO's Counterclaim.

DATED:  January __, 2006          G. CHRISTIAN ROUX
                                  KURT OSENBAUGH
                                  GRACE J. CHANG
                                  **WESTON, BENSHOOF, ROCHEFORT,
                                    RUBALCAVA & MacCUISH LLP**

_____
                                  G. Christian Roux

                                  Attorneys for Defendants and Counter-claimant
                                  **ECO RESOURCES, INC. and STEVEN E.
                                  RICHARDSON**

DATED:  January __, 2006          ZACHARY SMITH
                                  MICHAEL SCOTT WILCOX
                                  **McDONOUGH, HOLLAND & ALLEN, PC**

_____
                                  Zachary Smith

                                  Attorneys for Plaintiff and Counter-defendant
                                  City of Rio Vista

IT IS HEREBY SO ORERED:

DATED:  January 23, 2006

                                  _____/s/ Garland E. Burrell, Jr._____
                                  **GARLAND E. BURRELL, JR.**

                                  United States District Judge

4

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARINGS ON MOTION TO DISMISS ETC.

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I, Marlene D. Yokley, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 13, 2006, I served the document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS**, on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

**Please see attached service list**

ý BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

¨ BY FEDERAL EXPRESS    ¨ UPS NEXT DAY AIR    ¨ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ¨ FEDERAL EXPRESS    ¨ UPS    ¨ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of    ¨ FEDERAL EXPRESS    ¨ UPS    ¨ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

¨ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

¨ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ý [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2006, at Los Angeles, California.

_____
Marlene D. Yokley

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CITY OF RIO VISTA v. ECO RESOURCES, INC., et al.

## U.S.D.C., EASTERN DISTRICT OF CALIFORNIA

## CASE NO. CV-2556 GEB DAD

## SERVICE LIST

Zachary Smith, Esq.
Michael Scott Wilcox, Esq.
McDonough Holland and Allen PC
555 Capitol Mall
9th Floor
Sacramento, CA  95814

Counsel   for   Plaintiff   and   Counter-
defendant
*CITY OF RIO VISTA*

Telephone:   (916) 444-3900
Fax:            (916) 444-3249
Email:   mwilcox@mhalaw.com