UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RIO VISTA, ) <br>                         Plaintiff, ) <br>     v. ) <br> ECO RESOURCES, INC., and ) <br> STEVEN RICHARDSON, ) <br>                         Defendants. ) | 2:05-cv-2556-GEB-DAD <br><br> <u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The December 16, 2005, Order Setting Status (Pretrial Scheduling) Conference ("December 16 Order") scheduled a status conference in this case for March 20, 2006, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference.  The December 16 Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  No status report was filed.

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint

(continued...)

1

Defendants are Ordered to Show Cause (OSC) no later than 4:00 p.m. on March 27, 2006, why sanctions should not be imposed against counsel and/or Defendants for the failure to file a timely status report under Rule 16(f) of the Federal Rules of Civil Procedure. This response shall also explain why counsel and/or Defendants should not be sanctioned for failure to timely serve Plaintiff with a copy of the December 16 Order, if Plaintiff was not served with that Order in time for Plaintiff to file a status report.[2] The written response must include the date on which service of the December 16 Order was made and proof of that service. The written response shall also state whether Defendants or counsel is at fault and whether a hearing is requested on the OSC.[3] If a hearing is requested, it will be held on April 17, 2006, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.

In accordance with the requirements set forth in the

---

[1](...continued)
Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

December 16 Order at 2 n. 1.

[2] The December 16 Order instructed Defendants, as the removing parties, to "immediately following such removal, serve upon each of the other parties named herein and upon all parties subsequently joined, a copy of this order . . . ." December 16 Order at 2.

[3] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

December 16 Order, the parties shall file a joint status report no later than April 3, 2006.  If Plaintiff has not been served with a copy of the December 16 Order, Defendants shall serve them with a copy immediately.

IT IS SO ORDERED.

Dated:  March 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge