IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO RESOURCES, INC., a Texas corporation, | ) ) |
| Counter-claimant, | ) 2:05-cv-2556-GEB-DAD ) |
| v. | ) ORDER ) |
| CITY OF RIO VISTA, a California municipality, | ) ) ) |
| Counter-defendant. | ) ) |

On November 29, 2006, the parties filed a "Stipulation to Continue Expert Disclosure Dates" in which they "jointly request that the Court amend its Pretrial Scheduling Order . . . to continue the initial expert witness disclosure and rebuttal expert disclosure by approximately two and a half months . . . in the hope[] that this case will settle and that discovery will be avoided." (Stipulation at 1-2.)

Since the parties stipulate to having the referenced portion of the Status (Pretrial Scheduling) Order ("Status Order") modified, and the modification can be made in a manner that will not adversely affect the Court's docket, the good cause issue will

not be reached. Although the Stipulation only requested modification of the expert disclosure deadlines, granting the parties' requested changes will affect subsequent prescribed dates in the Status Order. Thus, to accommodate the parties' request certain subsequently prescribed dates will also be modified.

Therefore, the Status Order is modified as follows:

(1) Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before March 30, 2007, and with the rebuttal expert disclosures authorized under the Rule on or before April 20, 2007;

(2) discovery shall be completed by July 23, 2007;

(3) the last hearing date for motions shall be September 24, 2007, at 9:00 a.m.; and

(4) the final pretrial conference is set for November 26, 2007, at 11:00 a.m.[1]

IT IS SO ORDERED.

Dated: December 1, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Accommodating the parties' requested modifications to the Status Order necessarily reduces the amount of time between the trial commencement date of January 29, 2008, and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.